**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

CASE NO.:

v.

HOWARD E. WORD and JACQLYN WORD

Defendant,
_____________________________________/

# COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW the Plaintiff, United States of America, on behalf of its Agency, the U.S. Department of Housing and Urban Development ("HUD"), HUD Financial Operations Center, brings this action against the Defendant(s) to recover damages and alleges that:

1. This is an action brought by the United States to recover damages based on Defendant(s) failure to repay an FHA Loan related to FHA Case Number: 091-56016575 (hereinafter "FHA") loan.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to

Article III Section 2, U.S. Constitution and 28 U.S.C. § 1345. *See 28 U.S.C. § 1345.*

3. The Defendant, HOWARD E. WORD, (hereinafter "HOWARD"), resides in Nassau County, Florida within the Jurisdiction of this Court.

4. The Defendant, JACQLYN WORD, (hereinafter "JACQLYN"), resides in Nassau County, Florida within the Jurisdiction of this Court.

**STATEMENT OF CLAIM**

5. On August 16, 2017, Defendants HOWARD E. WORD and JACQLYN WORD., executed and delivered a Promissory Note to HUD in the amount of $34,856.91 with interest accruing at variable rates. A copy of the Promissory Note described herein is attached hereto and made apart hereof as Exhibit "A" (the "Note").

6. The Defendants became delinquent on the obligation on November 14, 2020 with a balance due of $34,856.91.

7. Plaintiff is the current owner and holder of the Promissory Note and all other documents and instruments associated with the Loan.

8. Demand has been made upon the Defendants for payment of the indebtedness, and the Defendant has neglected or refused to pay the same.

9. As of October 14, 2026 the amount owed on the agreement is $67,424.68 inclusive of applicable fees, interest and penalties as listed on the Certificate of Indebtedness attached hereto as Exhibit "B".

10. Plaintiff declares the full amount payable under the Note to be due.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, demands judgment against the Defendants for the sum of $67,424.68, plus interest to the date of judgment, administrative fees, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. § 1961 until paid in full; and for such other relief deemed fair and just.

DATED this 13th day of November 2026.

Respectfully submitted,

By: /s/ Matthew L. Schulis, Esq.
Matthew L. Schulis, Esq. (FBN: 57116)
Attorney for the Plaintiff
United States of America
Subcontractor to Schuerger Law Group
1005 N. Marion Street
Tampa, Florida 33602
Phone: (614) 674-6824
mschulis@schuergerlaw.com
efilings@schuergerlaw.com